IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2005 AUG 26  A 9: 43

GINGER HENDERSON,                    )
                                     )
              PLAINTIFF,             )
                                     )
V.                                   )        CIVIL ACTION: 1:05CV 823-M
                                     )
MEDICAL CENTER ENTERPRISE, et al., )
                                     )
              DEFENDANTS.            )        **DEMAND FOR JURY TRIAL**

## COMPLAINT

1.    Plaintiff is a private citizen who resides in Coffee County, Alabama.

2.    Defendant is a hospital facility that operates in Enterprise, Alabama.

3.    This Court has subject matter jurisdiction under the Emergency Treatment and Active Labor Act (EMTALA) 42 U.S.C. §1395 dd. and 28 U.S.C. §1331.  This Court has personal jurisdiction over Defendant because Defendant resides and operates in this State and the events giving rise to Plaintiff's claims occurred in this District.

4.    On or about, to wit: November 30, 204, Plaintiff was at an advanced stage of pregnancy and was involved in a motor vehicle collision in Enterprise, Alabama.  Plaintiff went to the emergency room at Medical Center Enterprise immediately following this collision concerning her injury and pregnancy concerns.  Defendant, acting by and through its employees and agents, refused to see, evaluate, screen and treat Plaintiff on the occasion set forth above.  Plaintiff was required to travel to Flowers Hospital in Dothan, Alabama, where she was admitted for evaluation and treatment.

5.    Plaintiff avers that Defendant negligently caused or negligently allowed Plaintiff to be refused medical screening, assessment, evaluation or treatment on the occasion set forth above.

Plaintiff further avers that Defendant was a hospital facility which maintained over 100 beds and violated the provision of the Social Security Act by failing or refusing to provide a medical screening exam, evaluation and treatment of Plaintiff as required under 42 CFR 489.24. Defendant further violated the provisions of (EMTALA) 42 U.S.C. §1395 dd. As a proximate consequence thereof, Plaintiff was caused to suffer physical pain and mental anguish for herself and her pregnancy when she was turned away from Defendant's hospital and forced to travel elsewhere for medical attention.

6.      Plaintiff further avers that on the occasion set forth above, Defendant wantonly and/or intentionally failed or refused to provide a medical screening exam, evaluation and treatment for a bonafide medical emergency as required by the regulations and statutes set forth above. As a proximate consequence thereof, Plaintiff was caused to suffer physical pain and mental anguish for herself and her pregnancy when she was turned away and forced to travel elsewhere for medical attention.

7.      Plaintiff further avers that Defendant was guilty of common law negligence and/or wantonness in the failure or refusal to provide medical screening, evaluation and treatment on the occasion set forth above. As a proximate consequence thereof, Plaintiff was caused to suffer physical pain and mental anguish as set forth above.

WHEREFORE, Plaintiff demands judgment against Defendant in such sums of compensatory, punitive or civil penalty damages as the jury may assess after a full and fair consideration of the facts.

Stephen D. Heninger

-2-

Heninger, Burge, Vargo & Davis, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
(Telephone)    205.933.2345
(Facsimile)    205.933.1616
E-mail:        Steve@hbvdlaw.com
[ASB5227E68S]

## JURY DEMAND

Plaintiff demands trial by struck jury on all issues set forth herein.

Stephen D. Heninger
Heninger, Burge, Vargo & Davis, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
(Telephone)    205.933.2345
(Facsimile)    205.933.1616
E-mail:        Steve@hbvdlaw.com
[ASB5227E68S]

**Plaintiff's Address:**

100 Ladd Street
Enterprise, Alabama 36330

**Serve Defendant: (To be Served Via Certified Mail)**

Medical Center Enterprise
400 North Edwards Street
Enterprise, Alabama 36330