**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **GINGER HENDERSON,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | )   **CIVIL ACTION: 1:05-cv-823-F** |
| | ) |
| **MEDICAL CENTER ENTERPRISE,** | ) |
| **et al.,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

**COMES NOW** the Plaintiff, Ginger Henderson, in the above-styled cause and pursuant to the Scheduling Order of this Court, reserves the right to call the following persons as witnesses in the trial of this matter:

1. Ginger Henderson

2. Matthew Henderson

3. Jeffrey Brannon

4. Camillie Thompson

5. Any of Plaintiff's treating physicians, including, but not limited to, Dr. Lazenby and Dr. Patel.

6. Any witnesses listed by Defendant.

7. Plaintiff reserves the right to call persons not listed for rebuttal or impeachment purposes.

8. Plaintiff reserves the right to call any person needed to authenticate any document or exhibit used at trial.

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, Ginger Henderson, identifies the following trial exhibits:

<u>Exhibits Expected to be Offered:</u>

1. Policies and Procedures of Medical Center Enterprise;

2. Medical records of Ginger Henderson from Flowers Hospital;

3. Defendant, Medical Center Enterprise, responses to Plaintiff's Interrogatories;

4. Letters from CMS / Centers for Medicare & Medicaid Services;

5. CMS Report (dated 5-11-05 and signed by Jeffrey Brannon)

6. Defendant, Medical Center Enterprise, responses to Plaintiff's requests for Admissions.

<u>Exhibits Which May Be Offered:</u>

1. Video provided by Medical center Enterprise;

2. Any pleadings in this case filed by either party;

3. Medical records of Ginger Henderson from Medical Center Enterprise

4. Accident report;

5. Any deposition transcript which has been taken in this case or yet to be taken in this case;

6. Any documents that are attached as exhibits to any deposition taken in this case or yet to be taken in this case.

7. The plaintiff reserves the right to introduce any blow-ups, enlargements or composites of any documents contained in this Exhibit list.

8. The plaintiff reserves the right to introduce graphs, charts and summaries.

9. Any and all discovery issued by any party to this action and responses thereto.

10. Any and all documents listed by the Defendant in their Exhibit list.

11. Any and all documents received pursuant to subpoena or authorization issued by any

party to this action.

                                                **Respectfully submitted**,


                                                **/s/ Erik S. Heninger**
                                                **Erik S. Heninger**

**OF COUNSEL:**

**HENINGER GARRISON DAVIS, LLC**
**2224 1st Avenue North**
**Birmingham, Alabama 35203**
**(205) 326-3336 (p)**
**(205) 326-3332 (f)**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 22nd day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

Lewis Peyton Chapman, III, Esquire
lpc@rsjg.com, ck@rsjg.com

Fred W. Tyson, Esquire
fwt@rsjg.com, cw@rsjg.com


                                                s/ Erik S. Heninger
                                                Of Counsel