IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GINGER HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv823-MEF |
| | ) | [WO] |
| MEDICAL CENTER ENTERPRISE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

The plaintiff, GINGER HENDERSON ["Henderson"], filed a Motion to Quash, or in the Alternative, Motion for a Protective Order on 6 October 2006 (Doc. # 55). The motion seeks a court order quashing the defendant's notice of deposition of Dr. James Pollard on 9 October 2006, one week before the trial. The time for discovery expired on 22 August 2006 (Doc. # 16).

Attached to the motion is a copy of the defendant's Notice of Deposition. The date of the video deposition on the Notice is 7 October 2006, and the date upon which the notice was mailed is 4 October 2006. In response to the motion, however, the defendant avers that Dr. Pollard's deposition was sought to preserve his testimony for trial, not for discovery. Moreover, defendant asserts that the trial judge "suggested that a video deposition of Dr. Pollard be taken during the intervening week, for use at trial".

It thus appears that counsel is endeavoring to accommodate an unanticipated change in the trial schedule, consistent with Dr. Pollard's availability to provide testimony that may

be critical to a full analysis of the trial evidence.  Accordingly, it is

ORDERED that the motion to quash is DENIED.  The court's order should not be construed as an order directing the parties to appear for the deposition.  The court merely declines to quash the notice or protect the plaintiff and her counsel, at this time, from any adverse consequences of their non-appearance.  The parties are further ADVISED that this order should not be construed as authority for whether Dr. Pollard should be permitted to testify as a witness at trial, even though the defendant did not identify Dr. Pollard in its pretrial disclosures.  That decision will be made by the trial judge.

DONE this 6th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE