IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GINGER HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-823-MEF |
| | ) | |
| MEDICAL CENTER ENTERPRISE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT FOR PLAINTIFF**

We, the Jury, find in favor of Plaintiff Ginger Henderson and against Defendant Medical Center Enterprise.

Therefore, we award damages to Ginger Henderson in the amount of $ 2,000.00

SO SAY WE ALL.

DONE this the 6th day of October, 2006.

_____
FOREPERSON